UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GERALD TOMLIN ASID, INC. d/b/a TOMLIN ANTIQUES, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:16-CV-2753-G |
| BERKLEY REGIONAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

# ORDER

The parties' joint motion to extend dispositive motion deadline by four days (docket entry 28) is **GRANTED**. The deadline to file dispositive motions is **EXTENDED** to **July 21, 2017**. *No further extensions will be granted*.

No other dates are affected by this order.

**SO ORDERED**.

July 14, 2017.

　　　　　　　　　　　　　　　　　　_/s/ A. Joe Fish_____
　　　　　　　　　　　　　　　　　　**A. JOE FISH**
　　　　　　　　　　　　　　　　　　**Senior United States District Judge**